**Appeal Dismissed and Memorandum Opinion filed February 28, 2023.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-22-00577-CV

---

### CATHERINE MARIE SHELTON, Appellant

### V.

### GERHARD ADOLF NEILS, Appellee

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-86127**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed April 21, 2022. The clerk's record was filed August 29, 2022. The reporter's record was filed August 23, 2022. No brief was filed.

On January 10, 2023, this court issued an order stating that unless appellant filed a brief on or before February 9, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Bourliot, Hassan and Poissant.